John C. Taylor (SBN 78389)
Sonya Ostovar (SBN 307207)
**TAYLOR & RING**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiff Jane Doe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA BARBARA, a public entity; SALVADOR VARGAS, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 2:20−cv−04334−AB−SK<br><br>**THIRD JOINT STATUS REPORT OF PLAINTIFF JANE DOE AND DEFENDANT COUNTY OF SANTA BARBARA**<br><br>Judge: Hon. André Birotte Jr.<br>Courtroom: 7B, First St. Courthouse |

TO THIS HONORABLE COURT AND TO ALL PARTIES:

Plaintiff Jane Doe and Defendant County of Santa Barbara, by and through their counsel of record, hereby provide a third report of the status of the criminal action entitled *People v. Salvador Vargas, Jr.*, Santa Barbara County Superior Court case number 20CR80006 pursuant to the Court's Order On Joint Stipulation To Stay Proceedings In This Action Pending Resolution Of Related Criminal Action, which was filed on 11/12/20 (Dkt. No. 32):

- A Preliminary Hearing in *People v. Salvador Vargas, Jr.* was held/completed on February 24, 2021.

- An Arraignment on Information in *People v. Salvador Vargas, Jr.* was held/completed on March 19, 2021. A plea of "Not Guilty" was entered.
- Readiness & Settlement Conferences were held in the Santa Barbara County Superior Court on May 25, 2021, July 13, 2021, and August 10, 2021.
- A Readiness & Settlement Conference is currently set for October 26, 2021 at 8:30 a.m.

Dated: September 1, 2021         TAYLOR & RING

By:  /S/ - Sonya Ostovar
     John C. Taylor
     Sonya Ostovar
     Attorneys for Plaintiff
     JANE DOE

Dated: September 1, 2021         RACHEL VAN MULLEM
                                 COUNTY COUNSEL

By: /S/ -   Mary Pat Barry
     Mary Pat Barry
     Senior Deputy County Counsel
     Attorneys for Defendant,
     COUNTY OF SANTA BARBARA

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

DATED: September 1, 2021          TAYLOR & RING

                                    By: /S/ - Sonya Ostovar
                                         John Taylor
                                         Sonya Ostovar
                                         Attorneys for Plaintiff JANE DOE