JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 2:20-cv-04334 AB (SKx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| COUNTY OF SANTA BARBARA, SALVADOR VARGAS, | |
| Defendants. | |

The Court has been advised that this action has been settled as to all claims.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 4, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.